IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 11-932 |
| vs. ) ) | Misc. No. 09-162 |
| ) | MDL No. 2021 |
| WACHOVIA CAPITAL MARKETS, LLC., d/b/a WACHOVIA SECURITIES, *et al.,* ) ) ) | |
| Defendants. ) | |

AMBROSE, Senior District Judge.

## **JUDGMENT**

AND NOW, this 9th day of July, 2013, Judgment is hereby entered in favor of Defendants and against Plaintiff.

BY THE COURT:

s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge